UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Wakefield Family Medicine LLC

    v.                         Civil No. 10-cv-407-JD

Berkshire Group Services Inc.


O R D E R

On September 15, 2010, the above-referenced case was removed from the Carroll County Superior Court.

In accordance with Local Rule 83.6(c), "A corporation, unincorporated association, or trust may not appear in any action or proceeding pro se." Accordingly, the defendant is responsible to retain counsel to represent it in this matter. Counsel is required to file an appearance and disclosure statement on behalf of defendant on or before October 12, 2010.

    SO ORDERED.

                                                Landya B. McCafferty
                                                United States Magistrate Judge

Dated: September 20, 2010

cc: Richard D. Sager, Esq.
    David M. Leja