UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Wakefield Family Medicine, LLC

     v.                              Civil No. 10-cv-407-JD

Berkshire Group Services, Inc.

O R D E R

     While considering Wakefield Family Medicine, Inc.'s motion
for default judgment, the magistrate judge determined that this
court lacks subject matter jurisdiction and recommended that the
case be remanded to Carroll County Superior Court.  Neither party
filed a response to the report and recommendation within the time
allowed.  Therefore, the right of review by this court and the
court of appeals is waived.  Cores-Rivera v. Dep't of Corrs. &
Rehab., 626 F.3d 21, 27 (2010).

Conclusion

     For the foregoing reasons, the report and recommendation is
approved and adopted.  The clerk of court shall remand the case
to Carroll County Superior Court.

     SO ORDERED.

                                /s/ Joseph A. DiClerico, Jr.
                             Joseph A. DiClerico, Jr.
                             United States District Judge

March 1, 2011

cc:  Richard D. Sager, Esq.
     Berkshire Group Services, Inc.